UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS MINE SUBSIDENCE INSURANCE FUND,<br><br>Plaintiff,<br>v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant<br>and<br><br>GILLESPIE COMMUNITY UNIT SCHOOL DISTRICT NO. 7, MACOUPIN COUNTY, ILLINOIS,<br><br>Intervenor. | Case No. 10-cv-94-JPG |

## MEMORANDUM AND ORDER TO SHOW CAUSE

This matter comes before the Court for case management purposes. The Court notes the alleged mine subsidence giving rise to this case took place in or around Benld, Macoupin County, Illinois, which is within the Central District of Illinois. There is no indication that any incident involved in this case occurred in the Southern District of Illinois. This leads the Court to doubt whether this case belongs in this judicial district. For this reason, the Court **ORDERS** plaintiff Illinois Mine Subsidence Insurance Fund to **SHOW CAUSE** on or before July 2, 2010, why the Court should not transfer this case to the United States District Court for the Central District of Illinois pursuant to 28 U.S.C. § 1404(a). The defendant and proposed intervenor shall have up to and including July 16, 2010, to reply to the plaintiff's response.

**IT IS SO ORDERED.**
**DATED: June 17, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**